DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAVARIS COLLINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1274

[January 18, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Sellers Johnson, Judge; L.T. Case No. 502010CF014335B.

Daniel J. Tibbitt, Esq., Miami, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melanie Surber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***